UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORA NEW, on behalf of JNJ, a Minor Child,<br><br>             Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>             Defendant. | No.   12-CV-05138-VEB<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. This case is remanded for calculation of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: February 3, 2014

SEAN F. McAVOY
Clerk of Court

By:  *s/Cora Vargas*
           Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**